

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 NOV 23  PM 1:55
MARGARET BOTKINS, CLERK
CHEYENNE

RICHARD P. ROMERO,
PLAINTIFF

vs.                                    Case No. 22-CV-244-S

UNION PACIFIC RAILROAD,
DEFENDANTS

## COMPLAINT TO ENFORCE ARBITRATION AWARD

Richard Romero, Plaintiff, files this Complaint to enforce arbitration awards against Defendant, Union Pacific Railroad, and would state in support of this complaint the following:

1. This court has jurisdiction of this proceeding pursuant to the statutes and shoots and corpse rules of the State of Wyoming

2. Plaintiff is a resident of Laramie County, whose Address is 1107 Adams Ave., Cheyenne Wyoming 82001

3. Defendant, Union Pacific Railroad whose address is 1400 Douglas Street, Omaha, NE 68132

4. Plaintiff and Defendant agreed to settle a dispute between them by binding arbitration. This dispute was arbitrated by an arbitrator, National Railroad Adjustment Board 1st Division in the State of Illinois, City of Chicago. All documents relevant to the operation are attached here to as follows:

   - Award 29138

   - Award 29169

5. Defendant has failed to abide by the arbitration judgments and plaintiff seeks in order from the court enforcing the operation judgments and incorporating same into judgments of this court

6. Plaintiff further request the plaintiff be awarded all costs and reasonable expenses in bringing this action, including all court costs

WHEREFORE, Plaintiff prays for an order of this court will grant the following relief:

A. Judgment/settlement of and from the defendant in favor or plaintiff awarding plaintiff and thereby enforced in arbitration awards attached

B. All costs call my expenses and reasonable attorney fees incurred by plaintiff and prosecuting this action

DATE: November 18, 2022

*Richard P. Romero*

Richard P. Romero

**Plaintiff Signature**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the forgoing Complaint to Enforce Arbitration Awards mailed to Union Pacific Railroad at 1400 Douglas Street, Omaha, NE 68132 on November 18, 2022.

_Richard P. Romero_
Richard P. Romero